UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In Re DEVIN KYLE WADE cases. | Case Nos. EDCV 24-1640-MWF (JPR); EDCV 24-1644-MWF (JPR); EDCV 24-1646-MWF (JPR); EDCV 24-1656-MWF (JPR); EDCV 24-1657-MWF (JPR); EDCV 24-1662-MWF (JPR); EDCV 24-1663-MWF (JPR); EDCV 24-1664-MWF (JPR); EDCV 24-1665-MWF (JPR); EDCV 24-1666-MWF (JPR); EDCV 24-1667-MWF (JPR); EDCV 24-1671-MWF (JPR); EDCV 24-1823-MWF (JPR); EDCV 24-1919-MWF (JPR); EDCV 24-1920-MWF (JPR); EDCV 24-1935-MWF (JPR); EDCV 24-1936-MWF (JPR); EDCV 24-1973-MWF (JPR); EDCV 24-1974-MWF (JPR); EDCV 24-1975-MWF (JPR); EDCV 24-1976-MWF (JPR); EDCV 24-1984-MWF (JPR); EDCV 24-1987-MWF (JPR); EDCV 24-1996-MWF (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DECLARING DEVIN KYLE WADE A VEXATIOUS LITIGANT** |
|---|---|

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaints in the above-listed cases, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge. Since the R. & R. was issued, Plaintiff has filed an

1  additional 12 civil-rights lawsuits, 11 of which are active.  See
2  5:24-cv-1919-MWF-JPR; 5:24-cv-1920-MWF-JPR; 5:24-cv-1935-MWF-JPR;
3  5:24-cv-1936-MWF-JPR; 5:24-cv-1973-MWF-JPR; 5:24-cv-1974-MWF-JPR;
4  5:24-cv-1975-MWF-JPR; 5:24-cv-1976-MWF-JPR; 5:24-cv-1984-MWF-JPR;
5  5:24-cv-1987-MWF-JPR; 5:24-cv-1996-MWF-JPR.  Those 11 cases suffer
6  from the same incurable deficiencies detailed in the R. & R. and
7  are therefore also dismissed as frivolous.  Moreover, Wade's abuse
8  of the court system has not been limited to civil complaints; in
9  the past three months, he has filed three separate habeas
10 petitions, all of them inappropriately claiming that he is a "crime
11 victim" himself, apparently based on various local law-enforcement
12 agencies' recent arrests of him for shoplifting and other offenses.
13 Although the Court will handle those cases in a separate order or
14 orders, these habeas petitions are further evidence of his
15 vexatious nature and justify extending the Magistrate Judge's
16 recommended vexatious-litigant order to future habeas petitions as
17 well.
18      ACCORDINGLY, IT IS ORDERED THAT:
19      1. Devin Kyle Wade's pending civil-rights complaints are
20 dismissed with prejudice.
21      2. Devin Kyle Wade is deemed a vexatious litigant, and the
22 Clerk of Court is directed not to file any pro se petition,
23 complaint, or IFP application from him unless he has previously
24 been granted leave to file the document by a Judge of this Court.
25 See C.D. Cal. R. 83-8.2.
26      3. Judgment be entered in the above-captioned cases
27 consistent with this Order.
28 ///

4. The Clerk serve this Order on all counsel or parties of record.

**IT IS SO ORDERED.**

Dated: September 24, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge